# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| | :    **Civil Action No. 06-331** |
| v. | : |
| | :    **(RCL)** |
| **DISTRICT OF COLUMBIA, et al.** | : |
| **Defendants.** | : |

## PRAECIPE ENTERING APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Paul Cornoni, Esquire, as co-counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC

By: _____/s/_____
Patrick M. Regan     #336107
Paul Cornoni     #489398
1919 M Street, NW, Suite 350
Washington, DC 20036
Ph: (202) 463-3030
*Counsel for Plaintiff*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Praecipe Entering Appearance was sent via first class mail, this 1st day of March, 2006, to the following:

District of Columbia
Mayor Anthony Williams
One Judiciary Square
1350 Pennsylvania Ave., N.W.
Washington, D.C.   20004

Sean Moore
300 Indiana Avenue, NW
Washington, DC 20001

_____/s_____
Paul Cornoni

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030