## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| MONIQUE DINGLE | : |
| Plaintiff, | : |
| v. | : Case No. 1:06CV00331 |
| DISTRICT OF COLUMBIA, et al. | : Judge Lamberth |
| Defendants. | : |

### AFFIDAVIT OF SERVICE – DEFENDANT DISTRICT OF COLUMBIA

I, Renee Jackson, hereby depose and state that:

1.     I am a legal assistant with the law firm of Regan, Zambri & Long in the District of Columbia, and our firm has been retained by the plaintiff in connection with this litigation.

2.     On or about March 3, 2006, our office retained the services of James D. Binsted, a private service processor with regards to serving the Defendant District of Columbia in this matter.

3.     On or about March 3, 2006, James D. Binsted, PPS, personally served, a copy of the Court's initial Order, stamped Summons and Complaint to Defendant District of Columbia c/o Mayor Williams by serving Tabutha Braxton at 1350 Pennsylvania Avenue, N.W., Washington, D.C. 20004.  Mr. Binsted was notified that

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 1 -

Ms. Braxton was an agent of the Defendant authorized to accept service in this matter. Please see Affidavit of Service signed by James D. Binsted attached hereto.

4.    Thus, Plaintiff has served the Defendant District of Columbia in this matter.

5.    Further saith affiant not.

_____
Renee Jackson

Subscribed and sworn to before me this _22_ day of March, 2006.

_____
Notary Public

My Commission Expires:
May 31, 2006

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036
─────────
202-463-3030

- 2 -

## ATTACHMENT A

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | MARCH 3, 2006   12:17 p.m. |
| NAME OF SERVER *(PRINT)* JAMES D. BINSTED | TITLE | PPS |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: Mayor Williams by serving Tabutha Braxton at 1350 Penna. Ave. N.W. Washington, D.C. 20004

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL Flat | SERVICES | $ 75.00 | TOTAL | $ 75 |

**DECLARATION OF SERVER**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/3/06 _____
          Date             Signature of Server

                              J. BINSTED ASSOC.
                              1123 GRANDIN AVE.
                     ROCKVILLE, MD 20851-1337
                           (301) 251-1160

                  Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MONIQUE DINGLE

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

CASE NUMBER  1:06CV00331

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 02/24/2006

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA
*SERVE: ANTHONY WILLIAMS, MAYOR*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Regan, Esquire
Regan, Halperin & Long, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

FEB 2 4 2006

CLERK

DATE

*Maureen Higgins*

(By) DEPUTY CLERK

*Attachments*
*Notice of Right to Consent.*
*Complaint for Damages w/D.*
*Initial Elec Case Filing Order.*