UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-00331 (RCL) |
| v. ) | ECF |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant District of Columbia, through counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves this court for a 30-day enlargement of time within which to respond to the complaint. In support of this motion, the defendant relies upon the attached memorandum of points and authorities of law.

Plaintiff, through counsel -------------- Esquire, consents to the relief requested in this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

          _____
Nicole L. Lynch  [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division


          _____
Julie Lee [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6602

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.,* )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-00331 (RCL)<br>ECF |

**ORDER**

Upon motion of the District of Columbia for an enlargement of time within which to respond to the complaint, Plaintiff's consent thereto, the entire record herein and for good cause shown, it is this ___ day of _____ 2006,

ORDERED, that defendant's motion is granted, and it is further

ORDERED, that the District of Columbia shall have until April 23, 2006 to respond to the complaint.

_____
Judge Royce C. Lamberth
Federal District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-00331 (RCL) |
| v. ) | ECF |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION OF DISTRICT OF COLUMBIA
TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

1. The complaint alleges that, in relation to the plaintiff's May 8, 2005 detention by officers(s) of the District of Columbia Metropolitan Police Department ("MPD") and an incident between the plaintiff and MPD officers at the Third District police station on a subsequent date, the District of Columbia (the "District") and individual MPD officers subjected her to constitutional violations, intentional torts and negligence.

2. The instant complaint was served on the District on March 3, 2006 and a response is due today, March 23, 2006. [1]

3. Undersigned counsel joined the District of Columbia Office of the Attorney General (OAG) on or about March 8, 2006 and only recently was assigned this case. For that reason, and given the nature of the allegations against the District, additional time is needed to

---

[1] The named individual defendant has not been served.

develop the facts and information upon which the District can rely to respond to the complaint. That effort has been initiated and should be completed within the next thirty (30) days.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

_____

Nicole L. Lynch  [471953]
Section Chief
General Litigation, Section II
Civil Litigation Division

_____

Julie Lee [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6602

Case 1:06-cv-00331-RCL    Document 5    Filed 03/23/2006    Page 6 of 6