UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MONIQUE DINGLE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-331 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| Defendant. | ) |

### ORDER

Upon motion [5] of the District of Columbia for an enlargement of time within which to respond to the complaint, plaintiff's consent thereto, the entire herein and for good cause shown, it is hereby

ORDERED that defendant's motion [5] is GRANTED; and is further

ORDERED that the District of Columbia shall have until April 23, 2006 to respond to the complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 24, 2006.