## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

### Civil Division

MONIQUE DINGLE                :

       Plaintiff,             :

          v.                :   Case No. 1:06CV00331

DISTRICT OF COLUMBIA, et al.    :   Judge Lamberth

       Defendants.         :


### AFFIDAVIT OF SERVICE – DEFENDANT DISTRICT OF COLUMBIA

I, Renee Jackson, hereby depose and state that:

1.    I am a legal assistant with the law firm of Regan, Zambri & Long in the District of Columbia, and our firm has been retained by the plaintiff in connection with this litigation.

2.    On or about April 1, 2006, our office retained the services of James D. Binsted, a private service processor with regards to serving the Defendant Sean Moore in this matter.

3.    On or about April 1, 2006, James D. Binsted, PPS, personally served, a copy of the Court's initial Order, stamped Summons and Complaint to Defendant Sean Moore, at 750 Park Road, N.W., Washington, D.C. 20009.  Please see Affidavit of Service signed by James D. Binsted attached hereto.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 1 -

4.    Thus, Plaintiff has served the Defendant District of Columbia in this matter.

5.    Further saith affiant not.

_____
Renee Jackson

Subscribed and sworn to before me this ___7th___ day of April, 2006.

_____
Notary Public

Sherri R. Johnson
Notary Public, District of Columbia
My Commission Expires March 31, 2008

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**ATTACHMENT A**

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE April 1, 2006 at 5:50 A.M. |
|---|---|
| NAME OF SERVER (PRINT) James D. Binsted | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 3D-1, 750 Park Road NW.
Washington, D.C. 20009    Sean Moore (MPDC)

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL Flat | SERVICES $380.00    9 attempts | TOTAL $380.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/2/06
_____
Date

_____
Signature of Server

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MONIQUE DINGLE

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

CASE NUMBER   1:06CV00331

JUDGE: Royce C. Lamberth

CASE N   DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 02/24/2006

TO: (Name and address of Defendant)

SEAN MOORE, ▮▮▮▮▮▮▮▮▮▮ in his
Official Capacity as an Employee of the
District of Columbia Metropolitan Police Department
300 Indiana Avenue, NW
Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Regan, Esquire
Regan, Halperin & Long, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C.  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                          FEB 2 4 2006

CLERK                                                                DATE

_(signature)_

(By) DEPUTY CLERK