UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-00331(RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION FOR LEAVE TO LATE FILE
DEFENDANTS' RESPONSE TO THE COMPLAINT**

Defendant District of Columbia and Defendant Moore, through undersigned counsel and pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, move this court for leave to late file Defendants' response to the instant complaint. By order of this Court dated March 27, 2006, Defendant District of Columbia was granted an enlargement of time to file its response to the complaint.[1] At that time, the Defendant needed additional time to investigate the Plaintiff's allegations in order to formulate a response.

Due to a calendaring error, undersigned counsel erroneously believed the answer to be due on, or about, May 5, 2006. Since the Court's grant of the original enlargement of time, the Defendants have substantially concluded their review of Plaintiff's allegations and can file a response to the complaint on behalf of both Defendants on, or before, May 5, 2006. In support

---

[1] Defendant Moore requested representation in this matter on April 11, 2006 after being served the first week of April, 2006. The District's motion for an extension of time did not include Defendant Moore as he had not been served by the filing date. The District now asks for leave to late file Defendant Moore's response as well.

of this motion, the Defendants rely upon the attached memorandum of points and authorities of law.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        _____

                                        NICOLE L. LYNCH [471953]
                                        Section Chief
                                        General Litigation, Section II
                                        Civil Litigation Division

                                        _____

                                        JULIE LEE [433292]
                                        Senior Assistant Attorney General
                                        Civil Litigation Division
                                        General Litigation, Section II
                                        441 Fourth Street, N.W.
                                        Sixth Floor South
                                        Washington, D.C. 20001
                                        (202) 724-6602; (202) 727-6295

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that on April 28, 2006, the undersigned spoke with Plaintiff's counsel who consented to the relief requested on behalf of both Defendants.

                                        _____
                                        Julie Lee
                                        Senior Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE,                )<br>                                              )<br>            Plaintiff,                  )<br>                                              )   Civil Action No. 06-00331(RCL)<br>     v.                                   )<br>                                              )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>                                              )<br>            Defendants.             )<br>_____)  | |

**<u>MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF THE CONSENT MOTION FOR  LEAVE TO
LATE FILE DEFENDANTS' RESPONSE TO THE COMPLAINT</u>**

In support of the Consent Motion for Leave to Late File Defendants' Response to the Complaint, the Defendants state as follows:

1. On March 27, 2006, on Defendant District of Columbia's motion for an enlargement of time to file a response to the complaint, this Court granted Defendant District of Columbia until April 24, 2006 to file a response to the instant complaint.  The District requested the extension because it needed additional time to develop facts upon which it could rely to respond.

2. Undersigned counsel, a relatively new employee who had not become acclimated to her office's calendaring system when the Court granted the initial request for an enlargement of time, confused the due date for this complaint with the due date in another matter.  This caused her to believe, incorrectly, that Defendant District of Columbia's answer was due on, or about, May 5, 2006.

     3.     Since the Court's grant of the enlargement, Defendant District of Columbia has been developing facts to enable it to respond to the complaint.  That effort is substantially completed and undersigned counsel will be able to file an answer for both Defendants on, or before, May 5, 2006.

     4.     The Defendants' motion for an enlargement of time is pursuant to Fed. Rule of Civil Procedure (6)(b)(2).

     5.     Plaintiff has consented to the requested relief and no party will suffer prejudice by the grant of this motion.

     Respectfully submitted,

     ROBERT J. SPAGNOLETTI
     Attorney General for the District of Columbia

     GEORGE C. VALENTINE
     Deputy Attorney General
     Civil Litigation Division

     _____
     NICOLE L. LYNCH [471953]
     Section Chief
     General Litigation, Section II
     Civil Litigation Division

     _____
     JULIE LEE [433292]
     Senior Assistant Attorney General
     General Litigation, Section II
     Civil Litigation Division
     441 Fourth Street, N.W.
     Sixth Floor South
     Washington, D.C. 20001
     (202) 724-6602; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-00331(RCL) |

**ORDER**

Upon motion of the Defendants for Leave to Late File Defendants' Response to the Complaint, Plaintiff's consent thereto, the entire record herein and for good cause shown, it is this ___ day of _____ 2006,

ORDERED, that defendant's motion is granted, and it is further

ORDERED, that the District of Columbia shall have until May 5, 2006, to respond to the complaint.

_____
Judge Royce C. Lamberth
United States District Court Judge