UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 06-0331 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.* | : |
| **Defendants.** | : |

## MEET AND CONFER STATEMENT

Counsel for Plaintiff and Defendants, having conferred by telephone in accordance with Local Civil Rule 16.3(a), respectfully submit this report to the Court:

1. Counsel agree this jury case should be placed on the standard trial track, and it is not presently known whether the case is likely to be resolved by dispositive motion.

2. Due to the imminent expiration of the one-year statute of limitations, Plaintiff filed a separate action on May 23, 2006 captioned Dingle v. Scott, et. al., Civil Action No. 1:06-cv-950. Plaintiff intends to move to consolidate Civil Action No. 1:06-cv-950 with the present action. Other than the consolidation of the two cases referenced in the preceding sentence, Plaintiff does not anticipate joining any additional parties. It is likely that many of the factual and legal issues can be narrowed as discovery proceeds.

3. Plaintiff consents to the referral of this case to a magistrate judge for all purposes, including trial. Defendant does not agree to a referral to a magistrate judge.

4. It is unknown whether there is a realistic likelihood of resolving the case short of trial.

5. Counsel have discussed alternative dispute resolution and believe that mediation would be the appropriate form of ADR. The parties further believe that mediation should be deferred until after the Court rules on any dispositive motions that may be filed after the conclusion of discovery.

6. It is unknown whether the case can be resolved by summary judgment or other similar dispositive motion.

7. The parties agree to dispense with the initial disclosures provided by Rule 26(a) (1) of the Federal Rules of Civil Procedure.

8. The parties agree to a presumptive limit of thirty (30) interrogatories to each party, as well as ten (10) non-party depositions, plus depositions of all identified expert witnesses. Counsel believe that they will work together in a cooperative manner to complete all other necessary discovery. The parties propose the following discovery schedule:

| | |
|---|---|
| Plaintiff's Identify Experts | 10/01/06 |
| Defendants' Identify Experts | 12/01/06 |
| Discovery Closes | 03/01/07 |
| Dispositive Motions Filed By | 03/15/07 |

9. As indicated in the preceding paragraph, the parties agree that Plaintiff shall produce expert witness reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure on October 1, 2006, and Defendants will produce written reports from expert witnesses on December 1, 2006.

10. This is not a class action lawsuit.

11. The parties do not believe that the trial and/or discovery should be bifurcated or managed in phases.

12. The parties would propose that a pre-trial conference be scheduled in mid-April, 2007.

13. It is anticipated that the trial can be completed in two to three trial days.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By: _____/s/_____
Patrick M. Regan        #336107
Paul Cornoni            #489398
1919 M Street, NW, Suite 350
Washington, DC  20036-3521
PH:  (202) 463-3030
FAX: (202) 463-0667
*Counsel for Plaintiff*

OFFICE OF THE ATTORNEY GENERAL
   FOR THE DISTRICT OF COLUMBIA

By: _____/s/_____
Julie Lee               #433292
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
PH:  (202) 724-6602
FAX: (202) 724-3635
*Counsel for Defendants*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the ___25th___ day of May, 2006, a copy of the foregoing Meet and Confer Statement was electronically filed in the United States District Court for the District of Columbia and was mailed, postage prepaid, to:

>Julie Lee, Esquire
>Senior Assistant Attorney General
>441 Fourth Street, NW
>6th Floor South
>Washington, DC  20001

_____/s/_____
Patrick M. Regan