UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 06-0331 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.* | : |
| **Defendants.** | : |

## ORDER

Upon consideration of the Meet and Confer Statement submitted by the parties and a review of the file herein, it is this ____ day of _____, 200__;

ORDERED that the following discovery schedule is established for this case:

| | |
|---|---|
| Plaintiff's Experts | 10/01/06 |
| Defendants' Experts | 12/01/06 |
| Discovery Closes | 03/01/07 |
| Dispositive Motions Filed By | 03/15/07 |

and it is

FURTHER ORDERED that a follow-up Status Conference is scheduled for _____ __, 200__ at _____ ____, and a Pretrial Conference is scheduled for _____ __, 200__ at _____ ____; and it is

FURTHER ORDERED that the trial in this case shall begin on _____ __, 2006 at 9:30 a.m.

_____
Royce C. Lamberth
United States District Judge

- 2 -

cc:   Patrick M. Regan, Esquire
      Paul Cornoni, Esquire
      Regan Zambri & Long
      1919 M Street, N.W., Suite 350
      Washington, D.C.  20036

      Julie Lee, Esquire
      Senior Assistant Attorney General
      441 Fourth Street, NW
      6th Floor South
      Washington, DC  20001