UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE DINGLE | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-00331 (RCL) |
| DISTRICT OF COLUMBIA, *et.al.* | : | |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Julie Lee, Senior Assistant Attorney General, as attorney for the District of Columbia in this case and enter the appearance of Assistant Attorney General James H. Vricos as attorney for the District of Columbia.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
HOLLY M. JOHNSON
Section Chief
General Litigation Section III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 4th Street, N.W., 6S-053
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov