UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MONIQUE DINGLE,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-331 (RCL) |
| **MAURICE SCOTT,** *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Consolidate, it is hereby

ORDERED that United States District Court for the District of Columbia Case Nos. 06-331 and 06-950 be consolidated in front of Judge Royce C. Lamberth for purposes of discovery and trial. And it is further

ORDERED that Plaintiff shall within 10 days of this date file a further status report on service of process of the individual defendants.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 5, 2006.