# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA
## Civil Division

| | | |
|---|---|---|
| MONIQUE DINGLE | : | |
| **Plaintiff,** | : | |
| v. | : | |
| DISTRICT OF COLUMBIA, et al. | : | |
| **Defendants.** | : | Civil Action Nos. 06-00950, 06-00331 |
| _____ | | |
| MONIQUE DINGLE | : | Judge Lamberth |
| **Plaintiff,** | : | |
| v. | : | |
| MAURICE SCOTT, et al. | : | |
| **Defendants.** | : | |

## AFFIDAVIT OF SERVICE – JAMES ANDERSON

I, Lilian Torres, hereby depose and state that:

1. I am a legal assistant with the law firm of Regan, Zambri & Long in the District of Columbia, and our firm has been retained by the plaintiff in connection with this litigation.

2. On or about June 30, 2006, our office retained the services of James D. Binsted, a private service processor with regards to serving the Defendant James

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

- 1 -

Anderson, in his Official Capacity as an Employee of the District of Columbia, in this matter and in his individual capacity.

3. On or about November 6, 2006, James D. Binsted, PPS, personally served a copy of the Court's initial Order, stamped Summons and Complaint to Defendant James Anderson, in his individual capacity and Official Capacity as an Employee of the District of Columbia Metropolitan Police Department, at 1624 V Street N.W., Washington, D.C. 20001. Please see Affidavit of Service signed by James D. Binsted attached hereto.

4. Further saith affiant not.

_____
Lilian Torres

Subscribed and sworn to before me this ___13th___ day of November, 2006.

_____
Notary Public

Corin L. Mahon
Notary Public, District of Columbia
My Commission Expires 01/01/2011

Regan,
Zampt & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

- 3 -

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

ATTACHMENT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 6, 2006 at 3:12 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James D. Binford | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____

☒ Other (specify): *After months of avoiding service arrangements were made to serve Cpt. Donkin (MPDC) who willfully accepted the Summons and related papers at the Defendant's confirmed police station of Third District Headquarters, 1624 V St., N.W., Washington, D.C.*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Flat Rate | $ 125.00 | $ 125.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/7/06
              Date        Signature of Server

1123 Grandin Avenue
Rockville, MD. 20851-1337
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

---

ORIGINAL

Defendant, James Anderson (MPDC) Employee
Case # 06-00331 RCL

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

MONIQUE DINGLE

MAURICE SCOTT, et al.

v.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-00331 RCL

TO: (Name and address of Defendant)

James Anderson, in his Official Capacity
as an Employee of the District of Columbia
Metropolitan Police Department
300 Indiana Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Regan, Esquire
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    10/4/2006

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | *November 6, 2006 at 3:12 p.m.* |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| *James D. Bindled* | *Private Process Server* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *After months of avoiding service arrangements were made to serve Cpl. Donhn (MPDC) who willfully accepted the Summons and related papers at the Defendant's confirmed notice Station on Third District Headquarters, 1624 V St., N.W., Washington, D.C.*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| *Flat Rate* | $ 125.00 | $ 125.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *11/7/06*   [signature]
             Date        Signature of Server

*1123 Grandin Avenue*
*Rockville, MD. 20851-1337*
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

---

ORIGINAL

*Case # 06-00331 RCL*
*Defendant, James Anderson (MPDC) Indiv.*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

MONIQUE DINGLE

v.

MAURICE SCOTT, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-00331 RCL

TO: (Name and address of Defendant)

James Anderson, Individually as an
Employee of the District of Columbia
Metropolitan Police Department
300 Indiana Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Regan, Esquire
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       10/4/2006

CLERK                            DATE

(By) DEPUTY CLERK