UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| MONIQUE DINGLE | : | |
| Plaintiff, | : | |
| v. | : | |
| DISTRICT OF COLUMBIA, et al. | : | |
| Defendants. | : | Civil Action Nos. 06-00950, 06-00331 |
| MONIQUE DINGLE | : | Judge Lamberth |
| Plaintiff, | : | |
| v. | : | |
| MAURICE SCOTT, et al. | : | |
| Defendants. | : | |

### AFFIDAVIT OF SERVICE – STUART EMERMAN

I, Lilian Torres, hereby depose and state that:

1.  I am a legal assistant with the law firm of Regan, Zambri & Long in the District of Columbia, and our firm has been retained by the plaintiff in connection with this litigation.

2.  On or about June 30, 2006, our office retained the services of James D. Binsted, a private service processor with regards to serving the Defendant Stuart

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

Emerman, in his Official Capacity as an Employee of the District of Columbia, in this matter and in his individual capacity.

3. On or about November 6, 2006, James D. Binsted, PPS, personally served a copy of the Court's initial Order, stamped Summons and Complaint to Defendant Stuart Emerman, in his individual capacity and Official Capacity as an Employee of the District of Columbia Metropolitan Police Department, at 1624 V Street N.W., Washington, D.C. 20001. Please see Affidavit of Service signed by James D. Binsted attached hereto.

4. Further saith affiant not.

_____
Lilian Torres

Subscribed and sworn to before me this 13th day of November, 2006.

_____
Notary Public

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

# ATTACHMENT A

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

ORIGINAL

*Defendant Stuart Emerman (@MPDC) Indiv.*
*Case # 06-00331 RCL*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  *November 6, 2006 at 3:12 p.m.* |
| NAME OF SERVER *(PRINT)*  *James D. Binsted* | TITLE  *Private Process Server* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

** ☐ Other (specify): *After months of avoiding service arrangements were made to serve Cpl. Dorhn (MPDC) who willfully accepted the Summons and related papers at the Defendant's confirmed police station oo Third District Headquarters, 1624 V St., N.W., Washington, D.C.*

### STATEMENT OF SERVICE FEES

| TRAVEL  *Flat Rate* | SERVICES  $ 125.00 | TOTAL  $ 125.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *11/07/06*
Date

Signature of Server

*1123 Grandin Avenue*
*Rockville, MD. 20851-1337*

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MONIQUE DINGLE

**SUMMONS IN A CIVIL CASE**

V.

MAURICE SCOTT, et al.

CASE NUMBER: 06-00331 RCL

TO: (Name and address of Defendant)

STUART EMERMAN,
Individually as an Employee of the
District of Columbia Metropolitan Police Department
300 Indiana Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Regan, Esquire
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 10/4/2006

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: November 6, 2006 at 3:12 p.m. |
| NAME OF SERVER (PRINT): James D. Binsted | TITLE: Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

** ☐ Other (specify): After months of avoiding service arrangements were made to serve Cpl. Dorhn (MPDC) who willfully accepted the Summons and related papers at the Defendant's confirmed police station oo Third District Headquarters, 1624 V St., N.W., Washington, D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Flat Rate | $ 125.00 | $ 125.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/7/06
             Date

Signature of Server: James D. Binsted

1123 Grandin Avenue
Rockville, MD. 20851-1337

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MONIQUE DINGLE

**SUMMONS IN A CIVIL CASE**

V.

MAURICE SCOTT, et al.

CASE NUMBER: 06-00331 *RCL*

TO: (Name and address of Defendant)

STUART EMERMAN,
in his Official Capacity as an Employee of the
District of Columbia Metropolitan Police Department
300 Indiana Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Regan, Esquire
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                              10/4/2006

CLERK                                                    DATE

(By) DEPUTY CLERK