IN THE UNITED STATES DISTRICT COURT
District of Columbia

MONIQUE DINGLE              :
       Plaintiff    :

vs.                         :   CIVIL ACTION No. 1:06CV00950

MAURICE SCOTT, et al.       :
       Defendant    :

## SUPPLEMENTAL TO EARLIER AFFIDAVIT OF ATTEMPTS OF NON-SERVICE

**James D. Binsted**, being first duly sworn, deposes and says:

1. That I am a Private Process Server over the age of 18 years old and not a party to this action. That I am competent to testify and have personal knowledge of the facts and matters contained herein.

2. I am of the opinion, after having served several thousand subpoenas and summonses over the past 26 years, that the below three (3) Defendants in this matter are aware of the summonses and have been served it this matter.

    a. Maurice Scott, Officer MPDC.

    b. Stuart Emerman, Sergeant, MPDC.

    c. James Anderson, Sergeant, MPDC.

3. I base my belief on the below facts and personal observations.

4. That on October 9th, 15th, 19th, 24th, and November 2nd, 2006 I both telephoned the Third District Station (3-D) 202-673-6815 and also made physical

1

attempts to serve them at their confirmed Police District where the above Defendant's are assigned, located at 1624 V Street, N. W., Washington, D. C. 20009.

5. That on November 3rd, 2006, after receiving no response from the Defendants, I left a letter for the Third District Commander, Larry McCoy, (see Exhibit 1), requesting that he assist me in having the Defendants respond to my requests for setting a time for service.

6. That on November 6th, 2006 I went to the Third District Station House at the above address and spoke to Officer Dorhn, at the front desk. Instead of being rebuffed, as was the case in my previous attempts, Officer Dorhn was receptive. It is my reasonable belief that Dorhn was authorized to accept service on behalf of the above mentioned Defendants. Officer Dorhn willfully accepted the summonses and related papers on behalf of the above named Defendants.

7. It is my conclusion that Commander McCoy had received my letter and had effectively delegated Officer Dorhn to willfully accept service in behalf of the above listed Defendants. It is my opinion that the Defendants are fully aware of the summonses and the reason the earlier service attempts had been made. It is also my opinion that if re-service of these summonses is necessary I will be able to serve these three Defendants if given an enlargement of time.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

JAMES D. BINSTED, PPS,
BINSTED ASSOCIATES
Rockville, Maryland 20852
(301) 251-1160

**BINSTED ASSOCIATES**
Legal Services for Attorneys Since 1979
1123 Grandin Avenue, Rockville, Maryland 20851-1337
(301) 251-1160   OFFICE
(301) 251-1452   FAX
e mail:   jblegs@comcast.net

RE:  Service of Court Papers                          November 3, 2006
     Dingle v. Scott, et al.

TO:  Commander McCoy

Dear Sir:

    I have been attempting to serve the four (4) police officers on the listed affidavit for a number of months. All of my attempts have been avoided.
    The summonses expired and I submitted an affidavit of attempts (attached).
    I now have refreshed summonses from the U. S. District Court and need to serve the Defendants personally before November December 3rd, 2006.
    I would appreciate any help you can give me.
    Since avoidance gives the appearance that the defendant's are guilty it is in their best interest to contact me for immediate service.
    If I am unable to serve the defendants by the above listed date I will be forced to submit to the court an Affidavit of Non-Compliance – Evasion, and request that service be made by other means, which is normally the U. S. Marshall's Office.
    As a former D. C. Police Officer I believe it is in the best interest of all concerned to contact me at (301) 251-1160 to set up dates and times for service.

    Thank you for any assistance you can give.

                              BEST REGARDS:

Attch / Affidavit.                           JAMES D. BINSTED