UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | : Civil Action |
| | : No. 06-00331 |
| | : |
| **DISTRICT OF COLUMBIA, <u>et al</u>.** | : |
| | : |
|     **Defendants.** | : |
| | : |
| _____ | : |
| | : |
| **MONIQUE DINGLE** | : |
| | : |
|     **Plaintiff,** | : Civil Action |
| | : No. 06-00950 |
| v. | : |
| | :     (RCL) |
| **MAURICE SCOTT, <u>et al</u>.** | : |
| | : |
|     **Defendants.** | : |

**CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Plaintiff, by and through undersigned counsel, hereby respectfully requests that the Court enter an order extending the discovery deadlines in these two cases by sixty (60) days. This is the second request for extension of time sought, and counsel believes that the additional time will be sufficient to complete all remaining discovery and do not anticipate any further requests for extensions. Accordingly, the parties are requesting that the Court extend the deadlines for identification of expert witnesses, as well as the completion of discovery by a

-1-

-2-

period of sixty (60) days.

In further support of their Motion, the parties respectfully refer the Court to their attached Memorandum of Points and Authorities.

>Respectfully submitted,
>
>REGAN ZAMBRI & LONG, PLLC
>
>By: _____/s/_____
>Patrick M. Regan    #336107
>Paul Cornoni        #489398
>1919 M Street, NW, Suite 350
>Washington, DC  20036
>PH: (202) 463-3030
>*Counsel for Plaintiff*

## CERTIFICATE OF GOOD FAITH

Counsel for Defendants has consented to the request for relief sought by this Motion.

>_____/s/_____
>Patrick M. Regan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civil Action |
| | : No. 06-00331 |
| | : |
| **DISTRICT OF COLUMBIA, <u>et al</u>.** | : |
| | : |
| **Defendants.** | : |
| | : |
| _____ | : |
| | : |
| **MONIQUE DINGLE** | : |
| | : |
| **Plaintiff,** | : Civil Action |
| | : No. 06-00950 |
| v. | : |
| | :         (RCL) |
| **MAURICE SCOTT, <u>et al</u>.** | : |
| | : |
| **Defendants.** | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION FOR EXTENSION OF DISCOVERY
DEADLINES**

1. Pursuant to the Court's Scheduling Order dated May 30, 2006, the following discovery schedule was established in case no. 06-331:

| | |
|---|---|
| Plaintiff's Experts due on: | 10/01/06 |
| Defendants' Experts due on: | 12/01/06 |
| Discovery Closes: | 03/01/07 |
| Dispositive Motions Filed by: | 03/15/07 |

2. Defendants filed their Answer in Civil Action Number 06-331 on May 5, 2006. Since the filing of Defendants' Answer, Plaintiff's Counsel was

3

informed of the names of additional police officers who were involved in the aforementioned incidents. Plaintiff received this information on the eve of the potential expiration of the one-year statute of limitations. For this reason, out of an abundance of caution, Plaintiff's counsel elected to file a separate action as opposed to filing a Motion for Leave to Amend the Complaint in Civil Action Number 06-331.

      3.      The second action, *Monique Dingle v. District of Columbia, et, al.,* Civil Action Number 06-950, was filed on May 19, 2006 and involves allegations against Defendants stemming from alleged police misconduct which occurred on May 8, 2005 and May 23, 2005 which caused serious injuries to the Plaintiff.

      4.      On September 5, 2006, this Honorable Court granted Plaintiff's motion to consolidate cases 06-331 and 06-950. On or about September 28, 2006, the Parties filed a Consent Motion to Extend the Discovery Deadlines in this matter. (See Consent Motion dated 9/28/06 attached as Exhibit A). The Court has not ruled on this motion.

      5.      The Parties have not yet engaged in meaningful discovery in this case largely due to the fact that Plaintiff, despite numerous efforts, was unable to quickly serve the additional Defendants in this matter. Such efforts made by Plaintiff's Counsel, include but do not exclude, attempts to coordinate service through Defense Counsel, sending a Notice of Lawsuit pursuant to FRCP 4 to each Defendant, and hiring a private process server to personally serve the Defendants in this matter.

6. Plaintiff, now reasonably believes, that the Defendants have been properly served in this matter. However, Plaintiff is under the belief that three of the named Defendants may attempt to dispute this issue. Thus, in order to protect Plaintiff's interests, since the statute of limitations has run in this matter, Plaintiff has requested an additional thirty (30) days to *reserve* Defendants Maurice Scott, Stuart Emerman and James Anderson. (See Plaintiff's Motion dated 11/15/06, attached as Exhibit B)

7. Additionally, despite her attempts, Plaintiff has not yet had the opportunity to depose Defendants District of Columbia and Sean Moore. Notably, Defense Counsel and Plaintiff's Counsel have tentatively agreed to conduct depositions in this matter on December 6th and 11th of this year. Plaintiff respectfully requests that she have the opportunity to conduct these depositions and a limited amount of discovery prior to filing her expert witness reports.

8. Accordingly, the parties are requesting that the Court extend the deadlines for identification of expert witnesses, as well as the completion of discovery by a period of sixty (60) days. **Counsel for the Defendants has consented to the requested extension.**

9. Specifically, the parties have agreed on the following discovery deadlines and are respectfully requesting that the court extend the deadlines as follows:

<pre>
Plaintiff's Experts due on:     02/01/07
Defendants' Experts due on:     04/01/07
Discovery Closes:               07/01/07
</pre>

5

      Dispositive Motions Filed by      07/15/07

In light of the foregoing, the Parties respectfully request that the Court enter the attached Order granting an extension of the Scheduling Order.

      Respectfully submitted,

      REGAN ZAMBRI & LONG, PLLC

      By:    /s/
      Patrick M. Regan   #336107
      Paul Cornoni   #489398
      1919 M Street, NW, Suite 350
      Washington, DC 20036
      PH: (202) 463-3030
      *Counsel for Plaintiff*

# CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for Extension of Discovery Deadlines was electronically filed in the United States District Court for the District of Columbia and served via ECF as well as first class mail, postage prepaid, this 15th day of November, 2006 to:

James Vricos
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
PH:   (202) 724-6600
FAX:  (202) 724-3635
*Counsel for Defendants*

Maurice Scott
300 Indiana Avenue, NW
Washington, DC 20001

Stuart Emerman
300 Indiana Avenue, NW
Washington, DC 20001

Brian Anderson
300 Indiana Avenue, NW
Washington, DC 20001

James Anderson
300 Indiana Avenue, NW
Washington, DC 20001

                                                    /s/
                                     Patrick M. Regan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civil Action |
| | : No. 06-00331 |
| | : |
| **DISTRICT OF COLUMBIA, <u>et al</u>.** | : |
| | : |
| **Defendants.** | : |
| | : |
| _____ | : |
| | : |
| **MONIQUE DINGLE** | : |
| | : |
| **Plaintiff,** | : Civil Action |
| | : No. 06-00950 |
| v. | : |
| | :     (RCL) |
| **MAURICE SCOTT, <u>et al</u>.** | : |
| | : |
| **Defendants.** | : |

## **ORDER**

Upon consideration of the Consent Motion for Extension of Discovery Deadlines, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is this ____ day of _____, 2006;

ORDERED that the Motion be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED that the Scheduling Order is hereby amended as follows:

-2-

| | |
|---|---|
| Plaintiff's Experts due on: | 02/01/07 |
| Defendants' Experts due on: | 04/01/07 |
| Discovery Closes: | 07/01/07 |
| Dispositive Motions Filed by | 07/15/07 |

_____
The Honorable Royce C. Lamberth
U.S. District Court Judge

cc:

Patrick M. Regan, Esquire
Paul Cornoni, Esquire
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036
*Counsel for Plaintiff*

James Vricos
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
PH:   (202) 724-6602
FAX: (202) 724-3635
*Counsel for Defendant*