UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE | : |
| Plaintiff, | : |
| v. | : Civil Action |
| | : No. 06-00331 |
| DISTRICT OF COLUMBIA, <u>et al</u>. | : |
| Defendants. | : |
| _____ | : |
| MONIQUE DINGLE | : |
| Plaintiff, | : Civil Action |
| | : No. 06-00950 |
| v. | : |
| | :     (RCL) |
| MAURICE SCOTT, <u>et al</u>. | : |
| Defendants. | : |

**CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

Plaintiff, by and through undersigned counsel, hereby respectfully requests that the Court enter an order extending the discovery deadlines in these two cases by sixty (60) days. This is the first request for extension of time sought, and counsel believes that the additional time will be sufficient to complete all remaining discovery and do not anticipate any further requests for extensions. Accordingly, the parties are requesting that the Court extend the deadlines for identification of expert witnesses, as well as the completion of discovery by a

-1-

-2-

period of sixty (60) days.

In further support of their Motion, the parties respectfully refer the Court to their attached Memorandum of Points and Authorities.

                          Respectfully submitted,

                          REGAN ZAMBRI & LONG, PLLC

By: _____/s/_____
     Patrick M. Regan   #336107
     Paul Cornoni        #489398
     1919 M Street, NW, Suite 350
     Washington, DC 20036
     PH: (202) 463-3030
     *Counsel for Plaintiff*

## CERTIFICATE OF GOOD FAITH

All the parties join in the request for relief sought by this Motion.

                          _____/s/_____
                             Patrick M. Regan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civil Action |
| | : No. 06-00331 |
| | : |
| **DISTRICT OF COLUMBIA, <u>et al</u>.** | : |
| | : |
| **Defendants.** | : |
| | : |
| _____ | : |
| | : |
| **MONIQUE DINGLE** | : |
| | : |
| **Plaintiff,** | : Civil Action |
| | : No. 06-00950 |
| v. | : |
| | :        (RCL) |
| **MAURICE SCOTT, <u>et al</u>.** | : |
| | : |
| **Defendants.** | : |

### **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

1.      Pursuant to the Court's Scheduling Order dated May 30, 2006, the following discovery schedule was established in case no. 06-331:

| | |
|---|---|
| Plaintiff's Experts | 10/01/06 |
| Defendants' Experts | 12/01/06 |
| Discovery Closes | 03/01/07 |
| Dispositive Motions Filed by | 03/15/07 |

A copy of the Court's Scheduling Order is attached hereto as Exhibit A.

2.      With respect to case number 06-331, Plaintiff has properly served

3

each Defendant, namely Defendants District of Columbia and Sean Moore, and these Defendants have answered Plaintiff's Complaint and the aforementioned discovery schedule has been entered. The Parties now seek an extension of this discovery schedule, *including the deadline to file expert designations*.

    3.    Defendants filed their Answer in Civil Action Number 06-331 on May 5, 2006. Since the filing of Defendants' Answer, Plaintiff's Counsel was informed of the names of additional police officers who were involved in the aforementioned incidents. Plaintiff received this information on the eve of the potential expiration of the one-year statute of limitations. For this reason, out of an abundance of caution, Plaintiff's counsel elected to file a separate action as opposed to filing a Motion for Leave to Amend the Complaint in Civil Action Number 06-331.

    4.    The second action, *Monique Dingle v. District of Columbia, et, al.,* Civil Action Number 06-950, was filed on May 19, 2006 and involves allegations against Defendants stemming from alleged police misconduct which occurred on May 8, 2005 and May 23, 2005 which caused serious injuries to the Plaintiff.

    5.    On September 5, 2006, this Honorable Court granted Plaintiff's motion to consolidate cases 06-331 and 06-950.

    6.    The Parties have not yet engaged in meaningful discovery in this case largely due to the fact that despite Plaintiff's numerous good faith efforts, a number of the Defendants in the second action have not yet been served. Such efforts made by Plaintiff's Counsel, include but do not exclude, attempts to

coordinate service through Defense Counsel, sending a Notice of Lawsuit pursuant to FRCP 4 to each Defendant, and hiring a private process server to personally serve the Defendants in this matter. On June 30, 2006, Plaintiff retained Jim Binsted, a private process server, to perfect service in this matter. Mr. Binsted is an extremely well qualified process server with over twenty-six (26) years of experience. Mr. Binsted has made repeated attempts to serve the Defendants in this matter. Mr. Binsted's numerous efforts are detailed in his affidavit which was attached to Plaintiff's Motion to Extend the Time to Serve Defendants. It is Mr. Binsted's professional opinion that the aforementioned Defendants are avoiding and/or evading service in this matter.

7. Additionally, despite her attempts, Plaintiff has not yet had the opportunity to depose Defendants District of Columbia and Sean Moore.

8. For a further discussion of the issue of service in the second case and in the interests of judicial efficiency, Plaintiff directs the Court's Attention to Plaintiff's Motion to Extend the Time to Serve Defendants and Plaintiff's Response to this Court's September 5, 2006 Order. (Attached hereto as Exhibits B and C). These two pleadings were filed by the Plaintiff on September 6, 2006.

9. Accordingly, the parties are requesting that the Court extend the deadlines for identification of expert witnesses, as well as the completion of discovery by a period of sixty (60) days. **Counsel for the Defendants has consented to the requested extension.**

10. Specifically, the parties have agreed on the following discovery

deadlines and are respectfully requesting that the court extend the deadlines as follows:

| | |
|---|---|
| Plaintiff's Experts | 12/01/06 |
| Defendants' Experts | 02/01/07 |
| Discovery Closes | 05/01/07 |
| Dispositive Motions Filed by | 05/15/07 |

In light of the foregoing, the Parties respectfully requests that the Court enter the attached Order granting an extension of the Scheduling Order.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By: _____/s/_____
Patrick M. Regan    #336107
Paul Cornoni    #489398
1919 M Street, NW, Suite 350
Washington, DC 20036
PH: (202) 463-3030
*Counsel for Plaintiff*

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for Extension of Discovery Deadlines was electronically filed in the United States District Court for the District of Columbia and served via ECF as well as first class mail, postage prepaid, this ___ day of _____, 2006 to:

>James Vricos
>Senior Assistant Attorney General
>441 Fourth Street, NW, 6th Floor South
>Washington, DC  20001
>PH:     (202) 724-6600
>FAX:   (202) 724-3635
>*Counsel for Defendants*
>
>Maurice Scott
>300 Indiana Avenue, NW
>Washington, DC 20001
>
>Stuart Emerman
>300 Indiana Avenue, NW
>Washington, DC 20001
>
>Brian Anderson
>300 Indiana Avenue, NW
>Washington, DC 20001
>
>James Anderson
>300 Indiana Avenue, NW
>Washington, DC 20001

_____/s/_____
Patrick M. Regan

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civil Action |
| | : No. 06-00331 |
| | : |
| **DISTRICT OF COLUMBIA, <u>et al</u>.** | : |
| | : |
| **Defendants.** | : |
| | : |
| _____ | : |
| | : |
| **MONIQUE DINGLE** | : |
| | : |
| **Plaintiff,** | : Civil Action |
| | : No. 06-00950 |
| v. | : |
| | :      (RCL) |
| **MAURICE SCOTT, <u>et al</u>.** | : |
| | : |
| **Defendants.** | : |

### **ORDER**

Upon consideration of the Consent Motion for Extension of Discovery Deadlines, and it appearing to the Court that the granting of this Motion is in the interest of justice and will not result in any undue delay in this litigation, it is this ____ day of _____, 2006;

ORDERED that the Motion be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED that the Scheduling Order is hereby amended as

-2-

follows:

|  |  |
|---|---|
| Plaintiff's Experts | 12/01/06 |
| Defendants' Experts | 02/01/07 |
| Discovery Closes | 05/01/07 |
| Dispositive Motions Filed by | 05/15/07 |

_____
The Honorable Royce C. Lamberth
Judge

cc:

Patrick M. Regan, Esquire
Paul Cornoni, Esquire
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036
*Counsel for Plaintiff*

James Vricos
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
PH:   (202) 724-6602
FAX: (202) 724-3635
*Counsel for Defendant*