UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-950 (RCL) |
| ) | |
| MAURICE SCOTT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| MONIQUE DINGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-331 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of plaintiff's Second Motion [20] for Extension of Time to Serve Defendants, it is hereby

ORDERED that plaintiff's motion is GRANTED, and it is further

ORDERED that plaintiff shall have until December 15, 2006, to serve defendants in this matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 20, 2006.