UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE,<br><br>      Plaintiff,<br><br>v.<br><br>MAURICE SCOTT, *et al.*,<br><br>      Defendants. | Civil Action No. 06-950 (RCL) |
| MONIQUE DINGLE,<br><br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      Defendant. | Civil Action No. 06-331 (RCL) |

## **ORDER**

Upon consideration of plaintiff's Second Motion [21] for Extension of Time to Serve Defendants, it is hereby

ORDERED that plaintiff's motion is GRANTED; it is further

ORDERED that plaintiff shall have until December 15, 2006, to serve defendants in this matter; and it is further

ORDERED that in accordance with the status conference held on November 17, 2006, a further status conference shall be conducted on December 7, 2006, at 2:00p.m.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 20, 2006.