UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE DINGLE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0331 (RCL) |
| | : | Civil Action No. 06-0950 (RCL) |
| | : | (Consolidated) |
| DISTRICT OF COLUMBIA, *et.al.* | : | |
| | : | |
| Defendants. | : | |

**PRAECIPE**

On November 17, 2006, the Court entered an order directing the plaintiff to serve a subpoena on Chief Charles Ramsey of the District of Columbia Metropolitan Police Department ("MPD") directing the Chief to appear in Court on December 7, 2006, and to provide the home addresses of the officers named in their individual capacity as defendants in the above styled matter. This subpoena was to be served by November 20, 2006.

On November 20, 2006 at 10:00 a.m., the parties contacted chambers and informed the Court's Clerk that they had agreed to allow The Metropolitan Police Department Office of General Counsel to accept service on behalf of the individually named officers upon receipt of the consent of these officers to accept such service. This agreement between the parties is consistent with the Office of the Attorney General's internal Policy Statement Regarding Personal Service on Individual MPD Officers. (attached hereto as Exhibit A.)

On November 21, 2006, the Office of the General Counsel obtained the consent of all the remaining individual officers, who have not yet answered, to accept service on their behalf.

                                      Respectfully submitted,

                                      EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
NICOLE LYNCH [471953]
Chief, General Litigation, Section II



_____/s/_____
JAMES VRICOS [474026]
Assistant Attorney General
Suite 600S
441 4th Street, N.W.,
Washington D.C. 20001
(202) 724-6600
(202) 727-3625 (Fax)
E-mail: jamesvricos@dc.gov