UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| Plaintiff, | : |
| v. | : |
| **DISTRICT OF COLUMBIA, <u>et al</u>.** | : |
| Defendants. | : |
| | Civil Action Nos. 06-00950, 06-00331 |
| **MONIQUE DINGLE** | : Judge Lamberth |
| Plaintiff, | : |
| v. | : |
| **MAURICE SCOTT, <u>et al</u>.** | : |
| Defendants. | : |

### AFFIDAVIT OF SERVICE – MAURICE SCOTT

I, Paul Cornoni, hereby depose and state that:

1. I am an attorney with the law firm of Regan, Zambri & Long in the District of Columbia, and our firm has been retained by the plaintiff in connection with this litigation.

2. On or about November 21, 2006 our office received notification from defense counsel, James Vricos, that Defendant Maurice Scott agreed to permit the Office of the General Counsel of the Metropolitan Police Department to accept service on his behalf.

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 1 -

Assistant General Counsel Ron Harris was the person designated to accept service on behalf of Defendant Maurice Scott. Please see the letter of James Vricos attached hereto as Exhibit A.

3. On or about November 27, 2006, our office hand-delivered a copy of the Court's stamped Summons and Complaint to Assistant General Counsel Ron Harris. On December 4, 2006, Mr. Harris confirmed to me that he received these materials. Thus, Defendant Maurice Scott has been served in this matter in his official capacity as an employee of the District of Columbia as well as in his individual capacity.

4. Further saith affiant not.

_____
Paul Cornoni

Subscribed and sworn to before me this ___5th___ day of December, 2006.

_____
Notary Public

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

## ATTACHMENT A

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General



**General Litigation Division**
**Section III**



November 21, 2006

Patrick M. Regan, Esq.
1919 M Street NW, Suite 350
Washington, DC 20036-3513

Re:  *Monique Dingle v. District of Columbia, et al.*
     C.A. No. 06-331, 06-950

Dear Mr. Regan:

This letter is to inform you that I have learned that Officer Brian Anderson was assigned as a school resource officer to Bell Multicultural School at the time of this incident. In addition, I have learned that Officer James Anderson was assigned to the midnight shift during that time. Therefore, upon information and belief, neither officer was present at the Third District when plaintiff arrived with her mother on May 23, 2005, and therefore the District believes these officers should not be parties to this case.

The remaining officers who have not already answered, Maurice Scott and Stuart Emerman, have agreed to permit the Office of the General Counsel to accept service on their behalf. Assistant General Counsel Ron Harris is expecting service of the summons and complaint with regard to these two individuals. He is located at the Office of the General Counsel, Room 4125, 300 Indiana Ave., N.W.

Thank you for your attention to this matter. If you have any questions, feel free to call me at (202) 442-6600 or e-mail me at James.Vricos@dc.gov.

Sincerely,

Eugene A. Adams
Interim Attorney General

By: _____
James H. Vricos
Assistant Attorney General