## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

### Civil Division

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| v. | : |
| **DISTRICT OF COLUMBIA, <u>et al</u>.** | : |
| **Defendants.** | : |
| _____ | Civil Action Nos. 06-00950, 06-00331 |
| **MONIQUE DINGLE** | :   Judge Lamberth |
| **Plaintiff,** | : |
| v. | : |
| **MAURICE SCOTT, <u>et al</u>.** | : |
| **Defendants.** | : |

### **PRAECIPE OF DISMISSAL**

The Clerk of the Court will please dismiss all claims asserted by Plaintiff against Defendants Brian Anderson and James Anderson. The claims against all other Defendants in this matter remain pending.

        Respectfully submitted,

        REGAN ZAMBRI & LONG, PLLC


        By: _____/s/_____
             Patrick M. Regan       #336107

                                                Paul Cornoni         #489398
                                                1919 M Street, NW, Suite 350
                                                Washington, DC  20036
                                                PH: (202) 463-3030
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Dismissal of Claims against Defendants Brian Anderson and James Anderson was electronically filed and mailed, postage prepaid, this __6th__ day of December, 2006, to:

> James H. Vricos
> Assistant Attorney General
> 441 Fourth Street, NW, 6th Floor South
> Washington, DC  20001
> PH:     (202) 724-6602
> FAX:    (202) 724-3635
> *Counsel for Defendants*

___/s/___
Patrick M. Regan
