UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-331 (RCL) |
| MONIQUE DINGLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAURICE SCOTT, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-950 (RCL) |

## ORDER

Upon consideration of the parties' joint request to amend the Scheduling Order [23] filed November 20, 2006, it is hereby

ORDERED that the discovery schedule in this case is revised as follows:

| | |
|---|---|
| Plaintiff's Experts Reports Due: | March 1, 2007 |
| Defendants' Experts Reports Due: | May 1, 2007 |
| Discovery Closes: | July 1, 2007 |
| Dispositive Motions Filed By: | July 30, 2007 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 7, 2006.