UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| MONIQUE DINGLE | : |
| Plaintiff, | : |
| v. | : |
| DISTRICT OF COLUMBIA, et al. | : |
| Defendants. | : |
| | Civil Action Nos. 06-00331 |
| | 06-00950 |
| MONIQUE DINGLE | : (RCL) |
| Plaintiff, | : |
| v. | : |
| MAURICE SCOTT, et al. | : |
| Defendants. | : |

## PLAINTIFF'S PRELIMINARY EXPERT DISCLOSURES

Plaintiff Monique Dingle, by and through undersigned counsel, hereby provides the expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2), as well as the Local Rules of this Court. These expert disclosures are based upon discovery which has been conducted to date, and Plaintiff reserves the right to supplement this pleading, as well as designate additional experts and/or rebuttal experts pending completion of additional discovery, including the identification of any defense experts. Please note that the sentence structure and language is solely that of counsel for Ms. Dingle and represents counsel's choice of words and not any of the experts identified in this document.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Plaintiff also expressly reserves the right to identify appropriate impeachment and/or rebuttal witnesses after receiving the defense expert designations and/or deposing the defense experts.

A.  **IDENTITY OF EXPERTS:**

I.  **INFORMATION REGARDING SPECIALLY RETAINED OR SPECIALLY EMPLOYED EXPERTS**

The following persons are those whom Plaintiff has retained or specially employed to provide expert testimony:

> Robert W. Klotz
> 3210 Havenwood Court
> Edgewater, Maryland 21037

Robert Klotz is a former officer with the Metropolitan Police Department in the District of Columbia and currently he serves as a consultant on crime, security and police matters. He has lectured and taught throughout the fifty (50) states and has been qualified as an expert witness on numerous occasions. A more complete description of his background, education and experience is set forth on his curriculum vitae, a copy of which is attached hereto. Mr. Klotz is being designated by Plaintiff as an expert as to liability, causation and damages.

Mr. Klotz has reviewed various materials provided to him in connection with this case, including but not limited to pleadings, documentation and statements relating to the incidents which occurred on May 8th and May 23rd, 2005, the deposition transcripts of Defendants, and he has also spoken with Plaintiff's counsel in connection with this case. Mr. Klotz will continue to be provided with discovery materials as they become available in this case.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Mr. Klotz is aware that Plaintiff's counsel has served interrogatories and discovery requests on the Defendants in this matter. It is his belief that both a review and analysis of the responses and documentation sought by Plaintiff's discovery requests may be necessary for purposes of rendering full and final opinions in connection with this case.

Mr. Klotz has been asked to review and analyze the conduct of the Defendants in this matter which occurred on May 8th, and May 23rd, 2005. The grounds for his opinions include but are not limited to his extensive experience as a member of the Metropolitan Police Department, his experience and consulting work on crime and police matters, and his review and analysis of the above materials. Any and all opinions expressed by Mr. Klotz in this matter are held within a reasonable degree of professional certainty.

Mr. Klotz is expected to testify that the Defendants in this matter, as District of Columbia police officers, were required to act in concert with the national standards of care, including both, national and local police procedures. Mr. Klotz is expected to testify that the Defendants violated the national standards of care, including both national and local police procedures, on May 8th and May 23rd, 2005. Mr. Klotz is expected to testify as a direct and proximate result of the Defendants' negligent, intentional and reckless conduct, Plaintiff has suffered serious injuries in this case, including but not excluding, the violation of her constitutional rights to be free from false arrest and unconsented physical contact.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

It is Mr. Klotz's expert opinion that the arrest of Plaintiff on May 8th, 2005, was without the requisite elements necessary and therefore lacked probable cause. Mr. Klotz is expected to testify that the arrest was a false arrest and Defendant Moore's conduct on this evening violated the national standard of care. Mr. Klotz is expected to testify that this false arrest was a violation of Plaintiff's constitutional rights. It is also Mr. Klotz's expert opinion that Defendant Moore's use of force against Plaintiff was improper, excessive and violated the national standard of care as well as Plaintiff's constitutional and common law rights.

Mr. Klotz is also expected to testify that the actions and/or omissions taken by Defendants David Anderson, Nancy Oliver, Stuart Emerman and Maurice Scott on May 23rd, 2005 violated the national standard of care. Mr. Klotz is expected to testify that the actions of these Defendants in handcuffing, fingerprinting and taking Plaintiff into custody on May 23rd, 2005, was a violation of the national standard of care. Mr. Klotz is expected to testify that the actions taken by the Defendants on May 23rd, 2005 were a violation of Plaintiff's constitutional rights.

Mr. Klotz is also expected to testify concerning the damages that Plaintiff Monique Dingle has and will continue to suffer as a result of the Defendants' conduct on May 8th and May 23rd, 2005. Mr. Klotz is expected to testify that as a direct and proximate result of Defendants' conduct, Plaintiff has suffered numerous damages, including but excluding, the fact that Plaintiff has unjustly acquired a criminal record that will affect her negatively in the future in a variety of ways.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Mr. Klotz has provided a preliminary report surrounding the Defendants' conduct in this case. Plaintiff incorporates by reference any and all opinions expressed by Mr. Klotz in his February 23rd, 2007 report. This report is attached hereto as Exhibit A. Plaintiff reserves the right to put forth any opinion at trial which has already been expressed by Mr. Klotz in his report.

Depositions of additional District of Columbia employees, including the involved officers, among others, are anticipated, and it is also anticipated that additional information relevant to this designation will be obtained as discovery progresses. This designation will be supplemented, if appropriate, pending completion of said additional discovery.

Mr. Klotz will not be able to fully furnish opinions until he has had the opportunity to review and analyze the sought-after discovery responses from the Defendants.

Plaintiff's counsel will coordinate the scheduling of a deposition of this expert upon request of defense counsel and at the mutual convenience of all parties.

Plaintiff also reserves the right to call any experts identified by the Defendants, as well as any fact or expert witnesses deposed during the course of this litigation.

Plaintiff reserves the right to supplement this Designation of Expert Witnesses pending completion of additional discovery.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By: ___/s/_____
Patrick M. Regan, Esquire, DC Bar No. 336107
pregan@reganfirm.com
Paul Cornoni, Esquire, DC Bar. No. #489398
pcornoni@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC 20036
Ph: (202) 463-3030
Fax: (202)463-0667
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Preliminary Expert Disclosures was filed electronically this 1st day of March, 2007, with electronic service via ECF to:

James Vricos
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
PH: (202) 724-6600
FAX: (202) 724-3635
*Counsel for Defendants*

_____/s/_____
Patrick M. Regan

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030