UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MONIQUE DINGLE,** | : | |
| Plaintiff, | : | |
| v. | : | No. 06-331 (RCL) |
| **DISTRICT OF COLUMBIA,** | : | |
| Defendant. | : | |
| _____ | : | |
| **MONIQUE DINGLE,** | : | |
| Plaintiff, | : | |
| v. | : | No. 06-950 (RCL) |
| **MAURICE SCOTT, et al.,** | : | |
| Defendants. | : | |

**JOINT MOTION TO ENLARGE THE DISCOVERY PERIOD AND THE
DEADLINE TO FILE DISPOSITIVE MOTIONS**

The Parties hereby move this Court to enlarge the discovery period by an additional 60 days, up to and including September 30, 2007, so that the Plaintiff can complete the taking of additional depositions in this case. The District does not oppose Plaintiff's requests. The Parties have diligently worked to complete discovery in this case, however, more time is necessary partly due to the change in counsel for the Defendants. The parties also request that dispositive motions be filed 30 days after the close of discovery. As reasons for this request, the parties refer this Court to the attached memorandum of points and authorities.

Respectfully submitted,

| | |
|---|---|
| _/s/_____<br>PAUL J. CORNONI<br>Regan, Zambri & Long, PLLC<br>1919 M Street, N.W.<br>Suite 350<br>Washington, D.C. 20036<br>(202) 349-2807<br>pcornoni@reganfirm.com | LINDA SINGER<br>Attorney General<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Phillips A. Lattimore, III*<br>PHILLIP A. LATTIMORE, III [422968]<br>Section Chief |
| PATRICK M. REGAN<br>REGAN, ZAMBRI & LONG, PLLC<br>1919 M Street, N.W.<br>Suite 350<br>Washington, D.C. 20036<br>(202) 463-3030<br>E-Mail: pregan@reganfirm.com | General Litigation Section III<br>OFFICE OF ATTORNEY GENERAL<br>441 4th Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-6295<br>(202) 727-3625 (fax)<br>E-Mail: phillip.lattimore@dc.gov |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MONIQUE DINGLE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 06-331 (RCL) |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |
| | : | |
| **MONIQUE DINGLE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 06-950 (RCL) |
| | : | |
| **MAURICE SCOTT, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO ENLARGE DISCOVERY AND DISPOSITIVE MOTION'S DEADLINE**

The Parties submit this memorandum of points and authorities in support of their joint motion.

1. Even though the parties have diligently conducted discovery in this case, Plaintiff would like to depose two additional witnesses (Officers Benitez and Emerman) and possibly a third witness. The District does not oppose Plaintiff's request.

2. In addition, the dispositive motion's deadline in this case is today, and the District would like the opportunity to review the record and possibly file a dispositive motion in this case. As grounds for this request, the District asserts that current counsel

assigned to represent the defendants has transferred to another Division of the Office of Attorney General within the last month. Accordingly, this case will be reassigned to another Assistant Attorney General to handle for preparation of a dispositive motion. Thus, the District requests that dispositive motions be due thirty days after the completion of Plaintiff's discovery.

3. In addition, the parties do not oppose referring this case to a U.S. Magistrate Judge for settlement discussion after the completion of discovery and the filing of dispositive motions in this case.

4. This appears to be the parties' second joint motion to modify the scheduling order in this case. Because the parties are near completion of discovery in this case, and have been working cooperatively in trying to resolve this dispute, the parties assert that this request for an enlargement of time should not disrupt the court's calendar and that this motion should be granted.

## CONCLUSION

Accordingly, the parties request that this Court grant their request.

| | |
|---|---|
| /s/_____<br>PAUL J. CORNONI   #489398<br>Regan, Zambri & Long, PLLC<br>1919 M Street, N.W.<br>Suite 350<br>Washington, D.C. 20036<br>(202) 349-2807<br>pcornoni@reganfirm.com<br><br>PATRICK M. REGAN #336107<br>REGAN, ZAMBRI & LONG, PLLC<br>1919 M Street, N.W.<br>Suite 350<br>Washington, D.C. 20036<br>(202) 463-3030<br>pregan@reganfirm.com | LINDA SINGER<br>Attorney General, D.C.<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br<br>*/s/ Phillips A. Lattimore, III*<br>PHILLIP A. LATTIMORE, III [422968]<br>Chief, General Litigation Section III<br>OFFICE OF ATTORNEY GENERAL<br>441 4th Street, N.W.<br>Washington, D.C. 20001<br>(202) 727-6295<br>Phillip.Lattimore @dc.gov |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MONIQUE DINGLE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 06-331 (RCL) |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| **Defendant.** | : | |
| _____ | : | |
| | : | |
| **MONIQUE DINGLE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 06-950 (RCL) |
| | : | |
| **MAURICE SCOTT, et al.,** | : | |
| **Defendants.** | : | |

**O R D E R**

Upon consideration of the joint motion filed by the parties in this case, the memorandum of points and authorities in support thereof, and the record herein, it is hereby on this _____ day of _____, 2007:

ORDERED:   that Plaintiff's request to enlarge the time to depose additional witnesses in this case shall be enlarged up to and including September 30, 2007;

FURTHER ORDERED:   that the parties shall file dispositive motions in this case no later than October 30, 2007:

FURTHER ORDERED:   that the parties shall be referred to a U.S. Magistrate Judge for settlement discussions after the close of discovery.

_____
Hon. Royce C. Lambert
U.S. District Judge