UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE DINGLE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 06-331 (RCL) |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
|     Defendant. | : | |
| _____ | : | |
| | : | |
| MONIQUE DINGLE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 06-950 (RCL) |
| | : | |
| MAURICE SCOTT, et al., | : | |
|     Defendants. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**

Pursuant to LCvR 83.6, the Clerk of this Court shall substitute the appearance of James Vricos (474026) with Phillip A. Lattimore III (422968), Section Chief, Office of Attorney General, D.C., Civil Litigation Division, as counsel of record for defendants in this case.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/_____
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Section III
    441 4th Street, N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 727-6295
    E-Mail: phillip.lattimore@dc.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was served by email and first class mail, postage prepaid, on the following on the 30th day of July, 2007:

Paul J. Cornoni
Regan, Zambri & Long, PLLC
1919 M Street, N.W.
Suite 350
Washington, D.C.  20036

_____
Phillip Lattimore III