**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MONIQUE DINGLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-331 (RCL)** |
| | ) | |
| **DISTRICT OF COLUMBIA, *et al.*,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **MONIQUE DINGLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-950 (RCL)** |
| | ) | |
| **MAURICE SCOTT, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the joint motion [37] filed by the parties in this case, the

memorandum of points and authorities in support thereof, and the record herein, it is hereby

ORDERED that the motion [37] is GRANTED; it is further

ORDERED that plaintiff's request to enlarge the time to depose additional witnesses in

this case shall be enlarged up to and including September 30, 2007; it is further

ORDERED that the parties shall file dispositive motions in this case no later than

October 30, 2007; and it is further

ORDERED that the parties are referred to a U.S. Magistrate Judge for settlement

discussions after the close of discovery.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 5, 2007.