UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE DINGLE | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0331 (RCL) |
| DISTRICT OF COLUMBIA, *et.al.*, | : | |
| _____ | : | |
| MONIQUE DINGLE | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0331 (RCL) |
| MAURICE SCOTT, *et.al.*, | : | |
| _____ | : | |

**NOTICE OF ENRY OF APPEARANCE**

Will the Court please enter the appearance of Assistant Attorney General Kerslyn D. Featherstone on behalf of the Defendants in the above styled consolidated matters.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

1

      /s/ Phillip A. Lattimore, III
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
E-Mail: Phillip.lattimore@dc.gov


  /s/ Kerslyn D. Featherstone
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: Kerslyn.Featherstone@dc.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe mailed first-class, prepaid postage

on this _17th_ day of ___September__ 2007 to:

Paul J. Cornoni, Esq.
Regan, Zambri & Long, PLLC
1919 M Street, N.W.
Suite 350
Washington, DC  20036
*Counsel for Plaintiff*


   */s/* Kerslyn D. Featherstone
Kerslyn D. Featherstone
Assistant Attorney General