UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE,<br><br>    Plaintiff,<br><br>        v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>    Defendants. | Civil Action No. 06-0331 (RCL) |
| MONIQUE DINGLE,<br><br>    Plaintiff,<br><br>        v.<br><br>MAURICE SCOTT, *et al.,*<br><br>    Defendants. | Civil Action No. 06-0950 (RCL) |

<u>DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS</u>

Defendants District of Columbia, Sean Moore, Maurice Scott, Stuart Emerman, Nancy Oliver and David Anderson ("defendants"), through counsel and pursuant to Fed. R. Civ. P 6(b), respectfully move this Court for a one-week extension, through and including November 6, 2007, to file any dispositive motion. Plaintiff's counsel consents to the relief requested herein. In support of this motion, defendants state as follows:

1. Dispositive motions are currently due October 30, 2007.

2. The parties have been discussing defendants' anticipated dispositive motion in a good-faith effort to try to narrow some of the issues in the case. Because plaintiff's counsel has been consumed by the press of other matters, including a trial just concluded, plaintiff's counsel

has requested some additional time to review the record and deposition transcripts. In an effort to avoid any unnecessary time and expense in briefing issues that could otherwise be narrowed or resolved, the parties therefore have agreed that the defendants would make this request for a one-week extension of the dispositive motion deadline.

3.  This is the defendants' first request for an extension of the time to file dispositive motions.

4.  Plaintiffs' counsel consents the relief requested herein.

5.  The granting of this brief extension will neither interfere with the administration of justice nor prejudice the parties herein. There are no other pending deadlines.

Accordingly, for the reasons stated, defendants respectfully request that this Court enlarge the time for filing dispositive motions, through and including November 6, 2007, consistent with the proposed order attached hereto.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: Kerslyn.Featherstone@dc.gov

        By:        /s/ Carl J. Schifferle /s/
                CARL J. SCHIFFERLE [463491]
                Assistant Attorney General
                Suite 600S
                441 Fourth Street, N.W.
                Washington, D.C. 20001
                (202) 724-6624
                (202) 727-3625 (fax)
                Email:  carl.schifferle@dc.gov

## LOCAL RULE 7(m) CERTIFICATE

Plaintiff's counsel consents to the relief requested herein.

                /s/ Carl J. Schifferle /s/
                CARL J. SCHIFFERLE
                Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE DINGLE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0331 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MONIQUE DINGLE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0950 (RCL) |
| MAURICE SCOTT, *et al.*, | : | |
| Defendants. | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
CONSENT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

1. Fed. R. Civ. P. 6(b).

2. The inherent powers of this Court.

3. The reasons stated in the Defendants' Consent Motion to Extend Time to File Dispositive Motions.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

|  |  |
|---|---|
|  | /s/ Phillip A. Lattimore, III /s/<br>PHILLIP A. LATTIMORE, III [422968]<br>Chief, General Litigation Section III<br><br> KERSLYN D. FEATHERSTONE [478758]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6600<br>(202) 727-3625 (fax)<br>E-mail: Kerslyn.Featherstone@dc.gov |
| By: | /s/ Carl J. Schifferle /s/<br>CARL J. SCHIFFERLE [463491]<br>Assistant Attorney General<br>Suite 600S<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6624<br>(202) 727-3625 (fax)<br>Email:  carl.schifferle@dc.gov |

2