UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE DINGLE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0331 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| Defendants. | : | |
| MONIQUE DINGLE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0950 (RCL) |
| MAURICE SCOTT, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Upon consideration of defendants' consent motion to extend time to file dispositive motions, the memorandum of points and authorities filed in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2007,

ORDERED, that the defendants' consent motion to extend time to file dispositive motions is hereby GRANTED; and it is,

FURTHER ORDERED, that dispositive motions shall be filed on or before November 6, 2007.

_____
ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE