ANGELA DINGLE

Dingle v. District of Columbia, et al                                   6/4/2007

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - X

MONIQUE DINGLE,                   :

        Plaintiff,       :

  vs.                             : Civil Action No:

DISTRICT OF COLUMBIA, et al.,     : 06-331(RCL)

        Defendants.      :

- - - - - - - - - - - - - - - - X

MONIQUE DINGLE,                   :

        Plaintiff,       :

  vs.                             : Civil Action No:

MAURICE SCOTT, et al.,            : 06-950(RCL)

        Defendants.      :

- - - - - - - - - - - - - - - - X

Washington, D.C.

Monday, June 4, 2007

Deposition of: ANGELA DINGLE, a witness herein,

called for examination by counsel for Defendants

in the above-entitled matter, pursuant to notice,

taken at the offices of Regan, Zambri & Long, 1919

ANGELA DINGLE

Dingle v. District of Columbia, et al                                            6/4/2007

### Page 26

```
 1         And she kept saying Mom, it's okay,
 2   I'll just do whatever they want me to do.
 3       Q.   Okay, so you never saw her cuffed.
 4       A.   I never saw her cuffed.
 5       Q.   Okay, do you have any reason to believe
 6   that she was ever cuffed?
 7       A.   No.
 8       Q.   Okay.
 9       A.   Not -- not that particular day.
10       Q.   Okay.
11           Now, did any of the officers -- the
12   officers who were speaking with you specifically
13   used the word "arrest"?
14       A.   Yes.
15       Q.   The term she has to be arrested?
16       A.   Yeah, Scott said specifically she had
17   to be arrested.  The black female officer said she
18   had to be arrested, either pay the fine or she had
19   to be arrested.
20       Q.   Okay.
21       A.   Which is why I called the attorney.
22       Q.   Okay.
```

### Page 27

```
 1         At some point did you speak with
 2   Officer Anderson?
 3       A.   Yes, I did.
 4       Q.   Okay, and what was your interaction
 5   with him?
 6       A.   Officer Anderson, at the point where
 7   Monique put her hands out for them to put the
 8   cuffs on her, I just continued to ask why she was
 9   going to be arrested.  And I asked if they were
10   going to arrest her to wait until the attorney
11   could be present for them, you know, to make an
12   arrest.
13           So the officers were -- I felt like
14   they were trying to intimidate us.  So Officer
15   Anderson was playing good guy.  Oh, don't worry
16   about it, I'm not really going to arrest her.
17   That's not what's going on, I'm just going to live
18   scan her.
19       Q.   Okay, and did he explain what live scan
20   is?
21       A.   That's what I kept asking, what's live
22   scan?  That's just what we have to do in order for
```

### Page 28

```
 1   you to request your trial date.
 2       Q.   Okay, so Officer Anderson said that she
 3   wasn't being arrested.
 4       A.   Officer Anderson said she was not being
 5   arrested.
 6       Q.   And did he say anything else to you at
 7   that point?
 8       A.   I asked him to explain what live
 9   scanning was.  And he said that's the procedure
10   that they have to follow in order for her to
11   request a trial date.
12       Q.   Okay.
13       A.   He just had to take her fingerprints
14   and then he'll request the trial date for her.
15       Q.   Okay, so he said that -- he said that
16   she'd have to be fingerprinted?
17       A.   He said he would have to take her
18   fingerprints in order to request a trial date.
19       Q.   And, in fact, do you know if that is
20   what happened?
21       A.   She told me that he took her
22   fingerprints and that he asked her to sign a piece
```

### Page 29

```
 1   of paper, which I later saw, which said she had
 2   been arrested and charged with a crime.
 3       Q.   Okay, okay.
 4           Now, did officer -- did you observe any
 5   officers at any point put their hands on Monique?
 6       A.   Officer Anderson.
 7       Q.   And describe that, please.
 8       A.   Well, he's the one that took her back.
 9       Q.   How did he -- how did he touch her?
10       A.   I don't recall.
11       Q.   Okay, and she -- at this point she went
12   back with Officer Anderson?
13       A.   Yes.
14       Q.   After he had come down and kind of
15   explained, you said played good guy, but after he
16   had spoken with you that's when he took her back?
17       A.   Correct.
18       Q.   How long was -- did you see where he
19   took her?
20       A.   He took her down behind closed doors in
21   the station.
22       Q.   Okay, and how long was she gone for?
```

Olender Reporting, Inc.          (888) 445-3376                    WORLDWIDE
Washington, D.C.                  Baltimore, MD                Ft. Lauderdale, FL