# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

Arrest Book No._____
PDID NO. or DOB_____
Officer/Badge/Unit_____

## CITATION TO APPEAR IN COURT

To: _____
(Name of Arrestee: First, Middle, Last)

You have been arrested and charged with the following criminal offenses:

_____
(list arrest charge(s) and applicable CCR or NOI number(s))

You are being released from police custody upon your promise that you will appear, as further specified below, in the Superior Court of the District of Columbia (500 Indiana Avenue, N.W.) on _____ to answer to
(Court Date)
these charges.

☐ You are to report to Courtroom 115 at 8:30 a.m.(Traffic & D.C. - Corporation Counsel Cases)

☐ You are to report to Courtroom C-10 at 10:30 a.m. (U.S. Attorney's cases)

☐ You are to report to Courtroom 115 at 8:30 a.m. and you are to report to C-10 at 10:30 a.m. (Traffic, D.C. and USAO cases)

I acknowledge receipt of this Citation to Appear and promise to appear in court as directed. I understand that if I fail to appear a warrant will be issued for my arrest and that if I am charged and convicted of failing to appear, I could be fined and imprisoned for up to 180 days.

_____       _____
Signature of arrested person                              Date

Issued by: Acting Clerk, Superior Court of the District of Columbia

Signature of Station Clerk, Badge No. & Unit

White-Court    Yellow-Prosecutor    Pink-Defendant    Gold-Police Dept.

Form CD-2063/Mar. 2000

## INSTRUCTIONS TO STATION CLERKS

- It is important that this form be filled-legibly and completely.
- In the PDID No. or DOB block, enter the PDID if you have it; if not; Please enter the DOB.
- The signature of the arrestee on this form must be made in your presence.
- Check Courtroom 115 block for offenses prosecuted by the Corporation Counsel. Check the Courtroom C-10 block for offenses prosecuted by the U.S. Attorney. Check the block for both Courtrooms when there are offenses for both prosecutors' offices.



**Thumbprint**

## INSTRUCTIONS TO THE PAPERING OFFICER AND PROSECUTOR

- The original(white copy) of the Citation must accompany the charging papers or no paper slip when it is filed with the clerk. It will become a part of the court file.
- In cases were there are charges prosecuted by both the Corporation Counsel and the U.S. Attorney, a photocopy of the Citation for each Prosecutors' files should be made. In these situations the yellow copy should be filed with the clerk of the court to be placed in the D.C. Case, and the original copy will be filed with the clerk in the U.S. case.