# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-331 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| Defendant. | ) |
| **MONIQUE DINGLE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-950 (RCL) |
| **MAURICE SCOTT,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of plaintiff's Consent Motion [45] for Extension of Time in which to submit her opposition to defendant's motion for summary judgment, and the consent of defense counsel, it is hereby

ORDERED, that the plaintiffs' consent motion [45] is hereby GRANTED; and it is

FURTHER ORDERED, that plaintiff shall file her opposition to defendant's motion for summary judgment on or before December 3, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 20, 2007.