# Exhibit C

| OFFICE OF POLICE COMPLAINTS Washington, D.C. Officer/Complainant/Witness Statement | OPC Complaint No. 05-0290 | |
|---|---|---|
| 1. Statement of: (Last, first, MI) Wheeler, Katrina | 2. DOB: | 3. Badge No. |
| 4. Home Address: (Organizational element for Officers) [redacted] | 5. Home Phone: | 6. Work Phone: [redacted] |
| 7. Name of Investigator Taking Statement: Alpha Griffin | 8. Date/Time Interview Started: July 20, 2005 @ 3:01 pm | |

Statement:
This statement was prepared following an interview conducted by OPC Investigator Griffin. The narrative is not, nor is it intended to be, a complete, verbatim record of the questions asked and the answers provided during the interview.

On May 8, 2005, at approximately 1:00 a.m., I was at a birthday party for my friend Michelle Marquez. The party was being held at an apartment on Morton St. NW, in Washington, D.C. No one was drinking at the party and I did not drink. No one was using drugs and I did not use drugs. I left the party with Monique Dingle and Morgan Dingle. The party was almost over because someone told the people in the party that the police were outside. Someone had called the police about the loud music in the party. As I was walking out the door of the apartment building, I saw a white police officer coming through the front door of the apartment building. I didn't say anything to the officer, I simply walked outside with Monique and Morgan.

I observed a lot of people hanging out outside- they were talking to each other. I also observed a police car with a black officer sitting in the passenger seat. The white officer that I saw entering the apartment building approached the group that I was standing in; there were approximately 8 people standing in the group. The officer told the group to, "Get off the block before I take you in for curfew." The white officer never asked anyone for their I.D.'s and he did not ask anyone for their age. The white officer, later identified by OPC as Officer Sean Moore, said, "Ya'll need to go back to Southeast." I believe that his statement about "Southeast" was a racial comment because Southeast DC is predominately black. I didn't say anything to the officer. I told the group that we needed to leave. I, along with Monique, Morgan, and Precious, began to walk towards Precious's car. The other people in the group walked off in other directions. Monique, who was trailing behind us, stopped to talk on her cell phone.

I HAVE READ THIS STATEMENT OR HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2504).

Investigator Griffin assisted me with the preparation and typing of this statement.

Signature of Person Giving Statement

| Date/Time Interview Ended: July 20, 2005 @ 4:47pm | Investigator Signature: |
|---|---|
| Witness Printed Name: Stephanie Banks | Witness Signature: Stephanie C. Banks |
| Supervisor Initials: 7/21/06 | Page 1 of 3 Pages |

OPC Statement Form, January 2005

132

OPC Statement Form Continuation

| Name of Person Providing Statement: Wheeler, Katrina | OPC Complaint No: 05-0290 |
|---|---|

(Statement - Continued):

I turned around and saw Officer Moore approach Monique. Officer Moore said to Monique, "I told you to get off the block." Monique did not respond to the officer, but continued to talk on her cell phone. Officer Moore then said, "Don't disrespect me girl" and he grabbed her left arm. Monique was still holding her cell phone in her right hand. Monique told the officer to, "Get off of me" and she tried to yank her arm away from the officer. The officer then grabbed both of Monique's arms and placed them behind her back. The officer shook her up and yanked her arms back. At this point, the other black officer sitting in the patrol car exited the vehicle and also approached Monique. The black officer grabbed Monique's right arm, while Officer Moore retained hold of her left arm. The officers walked Monique over to the front of the parked police car. The black officer let Monique's arm free and Officer Moore again grabbed both of Monique's arms. Officer Moore grabbed her neck and pushed Monique's head forward onto the hood of the police car. The top part of Monique's body was leaning over the police car and the left side of her face was pressed against the hood. Monique told Officer Moore in a loud voice, "You didn't ask for my I.D.!" and "You don't know how old I am." Office Moore then asked Monique, "How old are you?" Monique replied, "I'm 18." The officer then asked Monique to show him her I.D. Monique tried to reach into her pocket to get her I.D., but Officer Moore snatched her arm back. Monique said, "How can I get my I.D. if you don't let my arm go?" Officer Moore then reached into her pocket and emptied the contents of her pocket. He placed the contents of her pocket on the hood of the car. I was watching him from across the street, which is approximately 15-17 feet away, and I witnessed him throw something into the grass. I do not know what he threw. KSW

While Monique was leaning against the car and Officer Moore was searching her pockets, Precious called the police. I am not sure whether she called the district direct or 311. I do not recall what she told the dispatcher. Precious told us that she had called for a sergeant and that he was on his way. KSW

Officer Moore looked at Monique's I.D., handcuffed her, and then placed her in the back of the police car. Officer Moore started talking with the black officer, I could not hear everything that they were saying. However, I recall hearing Officer Moore say something to the black officer about planting marijuana on Monique. After hearing some of the officers' discussion, I was worried for my sister and I walked across the street. I approached Officer Moore and asked him if I could talk to him. Officer Moore asked who I was and I told him that Monique was my step-sister. He then asked, "What" her problem? Why is she trying to act like she's hard or something?" I replied: "No, I think she is a little bit worked up because you grabbed her." I also explained that Monique was a honor roll student, played basketball, softball, and track. I told him that she had never been in trouble with the law and that she did not have a criminal record. Officer Moore then told me that Monique refused to give him her social security number and that if he did not get it he was going to take her downtown. I asked him what he was arresting her for and he told me that she was being insubordinate and resisting arrest. Officer Moore then told me that he was only going to give her a $25 citation and that he'd let her go. Then I told him that I would try to talk to Monique and get her social security number. KSW

| OPC statement Form Continuation Page, January 2005 | Page 2 of 3 Pages KW |
|---|---|

133

OPC Statement Form Continuation

| Name of Person Providing Statement: Wheeler, Katrina | OPC Complaint No: 05-0290 |
|---|---|

(Statement-Continued)

I walked over to Monique, who was sitting in the backseat of the police car. I told her that I overheard the officers talking about planting marijuana on her. I asked her did she love me and she said "yeah." I told her that if she really loved me she would give me her social security number. She then gave me her social security number. I walked back over to Officer Moore and gave him Monique's social security number. I then walked back across the street. At this point, a Sergeant had arrived to the scene. I did not talk to the sergeant. I do not remember the sergeant's name. The sergeant talked to both officers. I could not hear what they were saying to each other. Officer Moore then wrote Monique a citation. I did not read the citation until later that night. Officer Moore let her out of the police car and gave her back the contents of her pocket. I, along with Morgan, Monique, Precious and Shaina, walked to the Georgia Ave & Petworth subway station. While we waited for the bus to arrive, Monique showed me her citation. She also told me that her retainer was missing. I then told her that I saw Officer Moore throw something and she told me that she also saw him throw something. I caught the bus home with Monique and Morgan. I am not sure how Precious and Shaina got home. I did not meet up with Shaina or Precious after the incident. KSW

I recall that Officer Moore used profanity the whole time that he talked to Monique. I do not recall the exact curse words that he used. KSW

I do not believe the Monique was resisting arrest. After Officer Moore initially grabbed her arm, Monique just stood there and did not resist him or talk back to him. KSW



KSW

Page 2 of 2 Pages  KSW

OPC statement Form Continuation Page, January 2005