**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**Civil Division**

| | |
|---|---|
| **MONIQUE DINGLE** | : |
|    **Plaintiff,** | : |
|       v. | : |
| **DISTRICT OF COLUMBIA, et al**. | : |
|    **Defendants.** | : |
| _____ | Civil Action Nos. 06-00331 |
| | 06-00950 |
| **MONIQUE DINGLE** | : (RCL) |
|    **Plaintiff,** | : |
|       v. | : |
| **MAURICE SCOTT, et al**. | : |
| **Defendants.** | : |

### ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time in which to submit her Opposition to Defendant's Motion for Summary Judgment, and the consent of defense counsel, it is hereby

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED; and Plaintiff shall file her Opposition to Defendant's Motion for Summary Judgment on or before December 5, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 5, 2007.