UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONIQUE DINGLE,                )<br>                                            )<br>    Plaintiff,                        )<br>                                            )<br>    v.                                   )<br>                                            )<br>DISTRICT OF COLUMBIA,  )<br>*et al.*                                 )<br>                                            )<br>    Defendants.                 )<br>                                            ) | Civil Action No. 06-0331 (RCL) |
| MONIQUE DINGLE,                )<br>                                            )<br>    Plaintiff,                        )<br>                                            )<br>    v.                                   )<br>                                            )<br>MAURICE SCOTT, *et al.*   )<br>                                            )<br>    Defendants.                 )<br>                                            ) | Civil Action No. 06-0950 (RCL) |

## **ORDER**

On August 12, 2008, this Court issued an Order [51] granting in part and denying in part defendants' motion [44] for partial summary judgment in Civil Action No. 06-331. The Court's decision applies equally to defendants' identical motion [36] for partial summary judgment in consolidated Civil Action No. 06-950. Accordingly, it is hereby

ORDERED that defendants' motion [36] is GRANTED in part and DENIED in part. The

Court's Memorandum Opinion [50] and Order [51] in Civil Action 06-331 addresses summary judgment in both consolidated cases.

SO ORDERED

Signed by Chief Judge Royce C. Lamberth, on August 19, 2008.